

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2022

No. 04-22-00456-CR

Martin **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 8369
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's brief is due by September 23, 2022. On September 19, 2022, appellant filed a motion requesting a sixty-day extension of time to file his brief. After consideration, we **grant** the motion and **order** appellant's brief due **by November 22, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court